Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; AND THE TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEYMAN TRAINING TRUST FOR SOUTHERN NEVADA,<br><br>Plaintiffs,<br><br>vs.<br><br>MLB GROUP, INC. d/b/a MAMMOTH AIR, a Nevada Corporation; PLATTE RIVER INSURANCE COMPANY, A Nebraska corporation,<br><br>Defendants. | Case No. 2:12-cv-00640-KJD-CWH<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust and Plan, Trustees of the Plumbers and Pipefitters Union Local 525 Pension Plan, and Trustees of the Plumbers and Pipefitters Local Union 525 Apprentice and Journeyman Training Trust for Southern Nevada

020136\0069\1761438.2                                                      1

(collectively referred to as "Trust Funds") and Defendants MLB Group, Inc. d/b/a/ Mammoth Air ("Mammoth Air") and Platte River Insurance Company ("Platte River"), by and through their counsel of record, hereby stipulate and agree as follows:

    1.    The Trust Funds' claims against Mammoth Air and Platte River are hereby dismissed with prejudice;

    2.    The Trust Funds and Mammoth Air have reached a settlement in this case;

///

///

///

///

///

3. Each party shall bear its own attorney's fees and costs in this case, with the exception of Platte River, which retains its right to seek indemnity against Mammoth Air for its fees and costs.

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | NEIL J. BELLER, LTD. |
| /s/ Bryce C. Loveland | /s/ Neil Beller |
| Adam P. Segal, Esq. | Neil J. Beller, Esq. |
| Nevada Bar No. 6120 | Nevada Bar No. 2360 |
| Bryce C. Loveland, Esq. | 7408 W. Sahara Ave. |
| Nevada Bar No. 10132 | Las Vegas, Nevada 89117 |
| 100 North City Parkway, Suite 1600 | *Attorney for Defendant MLB Group, Inc. d/b/a Mammoth Air* |
| Las Vegas, Nevada 89106-4614 | |
| *Attorneys for Plaintiffs* | |
| | Dated: January 14, 2013. |
| Dated: January 14, 2013. | |

THE FAUX LAW GROUP

/s/ Willi Siepmann
Kurt C. Faux, Esq.
Nevada Bar No. 3407
Willi H. Siepmann, Esq.
Nevada Bar No. 2478
1540 W. Warm Springs Road, #100
Henderson, Nevada 89014
*Attorneys for Defendant Platte River Insurance Company*

Dated: January 14, 2013.

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE /**

**Dated:** 1/17/13

020136\0069\1761438.2

3